IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JOSEPH IGNACIO LEON GUERRERO, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 125-216 |
| ) | |
| RICHARD GOOLSBY, JR.; JOHN KRAFT; ) | |
| OMEEK LOGGINS; OLGA IZMAYLOVA; ) | |
| and KIMBERLY EASTERLING, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 24th day of November, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA